1  Rosemary M. Rivas (Bar No. 209147)
   rrivas@finkelsteinthompson.com
2  FINKELSTEIN THOMPSON LLP
   1 California Street, Suite 900
3  San Francisco, California 94111
   Telephone: (415) 398-8700
4  Facsimile: (415) 398-8704

5  Marc L. Godino (Bar No. 182689)
   mgodino@glancylaw.com
6  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
7  Los Angeles, California 90067
   Telephone: (310) 201-9150
8  Facsimile: (310) 201-9160

9  Attorneys for Plaintiff
   BERNADINE GRIFFITH
10

11 STEVEN H. FRANKEL (Bar No. 171919)
   steven.frankel@dentons.com
12 LAURA LEIGH GEIST (Bar No. 180826)
   laura.geist@dentons.com
13 DENTONS US LLP
   525 Market Street, 26th Floor
14 San Francisco, California 94105-2708
   Telephone:     (415) 882-5000
15 Facsimile:     (415) 882-0300

16 Attorneys for Defendants
   GOVERNMENT EMPLOYEES INSURANCE
17 COMPANY and GEICO GENERAL INSURANCE
   COMPANY

18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21 | BERNADINE GRIFFITH, on behalf of herself | No. 3:16-cv-00112-CRB
22 | and all others similarly situated,
   |                                          | STIPULATION AND ORDER MODIFYING
23 |              Plaintiff,                  | BRIEFING SCHEDULE ON
   |                                          | DEFENDANTS' MOTION TO DISMISS
24 |     vs.
25 | GOVERNMENT EMPLOYEES INSURANCE           | [Civil L.R. 6-2]
   | COMPANY and GEICO GENERAL
26 | INSURANCE COMPANY,
27 |              Defendants.
28

Case No. 3:16-cv-00112-CRB                           STIPULATION AND [PROPOSED] ORDER
                                                     MODIFYING BRIEFING SCHEDULE

STIPULATION

Pursuant to Civil L.R. 6-2, Plaintiff Bernadine Griffith ("Plaintiff") and Defendants Government Employees Insurance Company and GEICO General Insurance Company ("Defendants"), through their respective counsel, stipulate and agree as follows:

1. Plaintiff commenced this action in the Superior Court of the State of California for the County of San Francisco on November 24, 2015.  Defendants were served with the summons and Plaintiff's Class Action Complaint for Damages ("Complaint") on December 11, 2015.

2. Pursuant to 28 U.S.C. sections 1332, 1441, 1446 and 1453, Defendants removed the action to this Court on January 8, 2016. (ECF Docket No.1.)  Thereafter, on January 11, 2016, Plaintiff and Defendants stipulated and agreed to extend the time for Defendants to respond to Plaintiff's Complaint from January 15, 2016 to January 29, 2016. (ECF Docket No. 7.)

3. On January 29, 2016, Defendants filed their Motion to Dismiss Plaintiff's Complaint ("Motion") that is noticed for hearing on March 25, 2016 at 10:00 a.m. (ECF Docket No. 13.)  To accommodate counsels' respective schedules, prior to filing the Motion, Plaintiff and Defendants met and conferred and agreed on the March 25, 2016 hearing date.

4. Subject to the Court's approval, Plaintiff and Defendants also met and conferred and agreed to a modification of the briefing schedule set forth in Civil L.R. 7-3 for opposition and reply memoranda on the Motion such that Plaintiff's Opposition Memorandum and Defendants' Reply Memorandum would be filed as follows:

    a. Plaintiff's Opposition Memorandum to be filed on Friday, February 26, 2016 (instead of February 12, 2016 as provided in Civil L.R. 7-3); and

    b. Defendants' Reply Memorandum to be filed on Friday, March 11, 2016 (instead of February 19, 2016 as provided in Civil L.R. 7-3).

5. Plaintiff and Defendants respectfully request that the parties' stipulation be adopted as an order of the Court.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  February 2, 2016 | FINKELSTEIN THOMPSON LLP |
| 2 | | GLANCY PRONGAY & MURRAY LLP |

By  _____*/s/ Rosemary M. Rivas*_____
Rosemary M. Rivas
Attorneys for Plaintiff BERNADINE GRIFFITH

DATED:  February 2, 2016     DENTONS US LLP

By  _____*/s/ Steven H. Frankel*_____
Steven H. Frankel
Attorneys for Defendants GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY

## CERTIFICATION

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated:  February 2, 2016      By  /s/ *Steven H. Frankel*
Steven H. Frankel

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:  February 4, 2016

_____
Charles R. Breyer
United States District Judge