1  Quentin A. Roberts (Bar No. 306687)
   qroberts@finkelsteinthompson.com
2  FINKELSTEIN THOMPSON LLP
   44 Montgomery Street, Suite 650
3  San Francisco, California  94104
   Telephone:  (415) 398-8700
4  Facsimile:   (415) 398-8704

5  Marc L. Godino (Bar No. 182689)
   mgodino@glancylaw.com
6  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
7  Los Angeles, California   90067
   Telephone:  (310) 201-9150
8  Facsimile:   (310) 201-9160

9  Attorneys for Plaintiff
   BERNADINE GRIFFITH
10

11   Steven H. Frankel (Bar No. 171919)
     steven.frankel@dentons.com
12   Laura Leigh Geist (Bar No. 180826)
     laura.geist@dentons.com
13   DENTONS US LLP
     1999 Harrison Street, Suite 1300
14   Oakland, California  94612
     Telephone:     (415) 882-5000
15   Facsimile:     (415) 882-0300

16  Attorneys for Defendants
    GOVERNMENT EMPLOYEES INSURANCE
17  COMPANY and GEICO GENERAL INSURANCE
    COMPANY
18

19                        UNITED STATES DISTRICT COURT

20                       NORTHERN DISTRICT OF CALIFORNIA

21  | BERNADINE GRIFFITH, on behalf of herself and all others similarly situated, | No.  3:16-cv-00112-CRB |
    |---|---|
    | Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
    | vs. | |
    | GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY, | |
    | Defendants. | |

28

**STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bernadine Griffith and Defendants Government Employees Insurance Company and GEICO General Insurance Company, through their respective counsel, stipulate and agree that this action shall be dismissed with prejudice as to Plaintiff Bernadine Griffith, and without prejudice as to any putative class claims and any putative class members.

IT IS SO STIPULATED.

DATED:  2/9/17                                FINKELSTEIN THOMPSON LLP

By    */s/ Quentin A. Roberts*
       Quentin A. Roberts
       Attorneys for Plaintiff BERNADINE GRIFFITH

DATED:  2/9/17                                GLANCY PRONGAY & MURRAY LLP

By    */s/ Marc L. Godino*
       Marc L. Godino
       Attorneys for Plaintiff BERNADINE GRIFFITH

DATED:  2/9/17                                DENTONS US LLP

By    */s/ Steven H. Frankel*
       Steven H. Frankel
       Laura Leigh Geist

Attorneys for Defendants GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY

CERTIFICATION

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated:  2/9/17                                                         By  /s/ *Quentin A. Roberts*
                                                                                 Quentin A. Roberts

# [PROPOSED] ORDER

Pursuant to Stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as to Plaintiff Bernadine Griffith, and without prejudice as to any putative class claims and any putative class members.

IT IS SO ORDERED.

Dated: February 10, 2017

_____
Charles R. Breyer
United States District Judge